UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARL CONFORTO, SR. | CIVIL ACTION |
| VERSUS | NO: 13-5852 |
| CAROLYN W. COLVIN ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION: "A" (4) |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date no objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that the ALJ's decision denying Carl Conforto's Disability Insurance Benefits and Supplemental Security Income Benefits be **REVERSED AND REMANDED** for consideration of all the evidence.

December 17, 2014

UNITED STATES DISTRICT JUDGE